IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREIA REESE and MICHAEL REESE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-00580-DII |
| SPECIALIZED LOAN SERVICING, LLC, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order granting the agreed motion to dismiss with prejudice brought by Plaintiffs Andreia Reese and Michael Reese and Defendant Specialized Loan Servicing, LLC. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on July 26, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE